Vicki J. Maniatis, Esq.
NJ Bar No. 001321994
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, NY 10022
Tel.: (865) 412-2700
vmaniatis@milberg.com

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES ZISS, Individually, and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) Case No. 2:24-cv-06571-JXN-JSA ) |
| v. | ) ) **NOTICE OF DISMISSAL WITHOUT** |
| AFFILIATED DERMATOLOGISTS & DERMATOLOGIC SURGEONS, PA. | ) **PREJUDICE UNDER FED. R. CIV.P. 41** ) ) |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Charles Ziss hereby gives notice that this action is voluntarily dismissed. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Date: September 30, 2024

Respectfully Submitted,

*/s/ Vicki J. Maniatis*
Vicki J. Maniatis, Esq.
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, NY 10022
Tel.: (865) 412-2700
vmaniatis@milberg.com

**So ORDERED on 10/1/2024:**

_____
**JULIEN XAVIER NEALS
United States District Judge**